```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN LUIS SALCEDO-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    v.                              )<br>                                    )<br> JUAN LUIS SALCEDO-SANCHEZ,          )<br>                                    )<br>            Defendant.              )<br> _____  ) | No. 2:07-cr-0458-FCD<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  November 19, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Juan Luis Salcedo-Sanchez, though their respective attorneys, that the status conference presently scheduled for November 19, 2007 may be continued to December 3, 2007, at 10:00 a.m.

    Defense counsel seeks additional time to prepare and consider a proposed resolution and for defense to present facts in mitigation. The parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 3, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | DANIEL J. BRODERICK<br>Federal Defender |
| 4 | Dated: November 15, 2007 | /s/ T. Zindel<br>TIMOTHY ZINDEL |
| 5 |  | Assistant Federal Defender<br>Attorney for JUAN LUIS SALCEDO-SANCHEZ |
| 7 |  | MCGREGOR SCOTT<br>United States Attorney |
| 9 | Dated: November 15, 2007 | /s/ T. Zindel for K. Reardon<br>KYLE REARDON |
| 10 |  | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The status conference is continued to December 3, 2007, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 3, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE