1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   JUAN LUIS SALCEDO-SANCHEZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. 2:07-cr-0458-FCD
                                )
14          Plaintiff,          )
                                ) **STIPULATION AND ORDER**
15     v.                       ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
16 JUAN LUIS SALCEDO-SANCHEZ,   )
                                )
17          Defendant.          ) Date: December 3, 2007
                                ) Time: 10:00 a.m.
18 _____ ) Judge: Hon. Frank C. Damrell, Jr.

19

20      It is hereby stipulated and agreed between plaintiff, United States
21 of America, and defendant, Juan Luis Salcedo-Sanchez, though their
22 respective attorneys, that the status conference presently scheduled for
23 December 3, 2007 may be continued to December 10, 2007, at 10:00 a.m.
24      Defense counsel seeks additional time to consider a proposed
25 resolution and present facts in mitigation. The parties agree that time
26 under the Speedy Trial Act should be excluded from the date of this order
27 through December 10, 2007, pursuant to Title 18, United States Code,
28 Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | DANIEL J. BRODERICK<br>Federal Defender |
| 4 | Dated:   November 28, 2007 | /s/ T. Zindel<br>TIMOTHY ZINDEL |
| 5 |   | Assistant Federal Defender<br>Attorney for JUAN LUIS SALCEDO-SANCHEZ |
| 7 |   | MCGREGOR SCOTT<br>United States Attorney |
| 9 | Dated:   November 28, 2007 | /s/ T. Zindel for K. Reardon<br>KYLE REARDON |
| 10 |   | Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The status conference is continued to December 10, 2007, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 10, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stip and Order                            -2-